Patrick D. Brown, ISB #4413
HUTCHINSON & BROWN, LLP
104 Lincoln Street
P.O. Box 207
Twin Falls ID 83303-0207
Telephone: (208) 733-9300
Fax: (208) 733-9343
E-Mail: patbrown@cableone.net

*Local Counsel for Defendant Trans Union, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JENNIFER DUMMAR,<br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>TRAN UNION, LLC; and<br>CAPITAL ONE FINANCIAL CORPORATION;<br>Defendants. | CASE NO. ________________<br><br>**TRANS UNION, LLC'S NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the District Court of the Seventh Judicial District of the state of Idaho to the United States District Court for the District of Idaho, Eastern Division, on the following grounds:

1. Plaintiff Jennifer Dummar served Trans Union on or about March 28, 2008, with a Summons and Complaint filed in the District Court of the Seventh Judicial District of the state of Idaho. Copies of the Summonses and Complaint are attached hereto as **Exhibit A** and **Exhibit B**, respectively. No other process, pleadings or orders have been served on Trans

Union. Copies of the entire state court record and the docket sheet are attached hereto as **Exhibit C** and **Exhibit D**, respectively.

2. Plaintiff alleges Trans Union and the other Defendants violated "the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1682s-2(b), §1681e(b) and §1681i(a) … ." See Plaintiff's Complaint, ¶ 2. See also Plaintiff's Complaint, "Demand for Relief" ¶ 2.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 because there is a federal question. As alleged, this suit falls within the FCRA, which thus supplies the federal question.

4. Pursuant to 28 U.S.C. § 1441, *et seq.*, this cause may be removed from the District Court of the Seventh Judicial District of the state of Idaho to the United States District Court for the District of Idaho, Eastern Division.

5. As of the date of this Notice Of Removal, all served Defendants consent to this removal. A Copy of Equifax Information Services, LLC's Consent To Removal is attached hereto as **Exhibit E**, and a copy of Experian Information Solutions, Inc.'s Consent To Removal is attached hereto as **Exhibit F**.

6. Notice of this removal has been filed with the District Court of the Seventh Judicial District of the state of Idaho, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the District Court of the Seventh Judicial District of the state of Idaho to this United States District Court, District of Idaho, Eastern Division.

Dated: April 17, 2008

Respectfully submitted,

/s/ Patrick D. Brown
Patrick D. Brown, Esq.
*Local Counsel for Defendant Trans Union, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing Notice Of Removal was served on the following parties via First Class, U.S. Mail, postage prepaid, on the 18th day of April, 2008, properly addressed as follows:

| | |
|---|---|
| **for Plaintiff Jennifer Dummar**:<br>Jennifer Dummar<br>P.O. Box 292<br>Rexburg, ID 83440 | **for Defendant Trans Union, LLC**:<br>James A. Geiger, Esq.<br>Christopher T. Lane, Esq.<br>Schuckit & Associates, P.C.<br>30th Floor, Market Tower<br>10 W. Market Street, Suite 3000<br>Indianapolis, IN 46204 |
| **for Defendant Equifax Information Services, LLC**:<br>Brian T. McGinn, Esq.<br>Winston & Cashatt<br>250 Northwest Boulevard, Suite 107A<br>Coeur d'Alene, ID 83814 | **for Defendant Experian Information Solutions, Inc.**:<br>John R. Goodell, Esq.<br>Racine Olson Nye Budge & Bailey, Chtd.<br>201 E. Center Street<br>Post Office Box 1391<br>Pocatello, ID 832045 |
| **for Defendant Equifax Information Services, LLC**:<br>Stephanie Cope, Esq.<br>King & Spalding LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30309-3521 | **for Defendant Experian Information Solutions, Inc.**:<br>Laura S. Goodwin<br>Jones Day<br>3 Park Plaza, Suite 1100<br>Irvine, CA 92614 |

/s/ Denise L. Miller

STATE OF IDAHO } SS
County of Bonneville
I HEREBY CERTIFY that above and foregoing is a full and correct copy of the original thereof, on file in my office.
Dated 4-14 20 08
RONALD LONGMORE
Clerk of the District Court
By [signature]
Deputy Clerk

CASE ASSIGNED TO
JUDGE LINDA J. COOK

BONNEVILLE COUNTY
IDAHO
8 MAR 28 P3:45

Jennifer Dummar
PO Box 292
Rexburg, ID 83440

Telephone (208) 468-9700
Fax: 2080-356-6735

Pro-se Plaintiff

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| JENNIFER DUMMAR<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION, LLC, and CAPITAL ONE FINANCIAL CORPORATION, ET AL,<br><br>Defendants. | Case No. CV-08-1788<br><br>SUMMONS |

**NOTICE: CAPITAL ONE FINANCIAL CORPORATION, ET AL,**
**YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF. THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

Your are hereby noticed that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within 20 days after service of this Summons on you. If you fail to so respond, the court may enter judgment against you as demanded by the plaintiff(s) in the Complaint.

EXHIBIT
A
tabbies

A copy of the Complaint is served with this Summons. If you wish to seek the advise of or representation of an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3. Your signature, mailing address and telephone number <u>or</u> the signature, mailing address and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED this 28th day ~~October~~ March, 2008.

Ronald Longmore
CLERK OF THE DISTRICT COURT

7TH JUDICIAL DISTRICT COUNTY OF BONNEVILLE STATE OF IDAHO DISTRICT COURT

Karen Doolittle
Deputy Clerk

Jennifer Dummar
PO Box 292
Rexburg, ID 83440

Telephone (208) 468-9700
Fax: 2080-356-6735

STATE OF IDAHO } SS
County of Bonneville
I HEREBY CERTIFY that above and foregoing is a full and correct copy of the original thereof, on file in my office.
Dated 4-14 20 08
RONALD LONGMORE
Clerk of the District Court
By: [signature]
Deputy Clerk

CASE ASSIGNED TO JUDGE LINDA J. COOK

BONNEVILLE COUNTY IDAHO

8 MAR 28 P3:45

Jennifer Dummar
PO Box 292
Rexburg, ID 83440

Telephone (208) 468-9700
Fax: 2080-356-6735

Pro-se Plaintiff

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

JENNIFER DUMMAR

Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION, LLC, and CAPITAL ONE FINANCIAL CORPORATION, ET AL,

Defendants.

Case No. CV-08-1788

SUMMONS

**NOTICE: TRANS UNION, LLC,**

**YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF. THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

Your are hereby noticed that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within 20 days after service of this Summons on you. If you fail to so respond, the court may enter judgment against you as demanded by the plaintiff(s) in the Complaint.

A copy of the Complaint is served with this Summons. If you wish to seek the advise of or representation of an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3. Your signature, mailing address and telephone number or the signature, mailing address and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED this 28th day ~~October~~ March, 2008

Ronald Longmore
CLERK OF THE DISTRICT COURT

7TH JUDICIAL DISTRICT COURT COUNTY OF BONNEVILLE STATE OF IDAHO

Karen A. [signature]
Deputy Clerk

Jennifer Dummar
PO Box 292
Rexburg, ID 83440

Telephone (208) 468-9700
Fax: 2080-356-6735

STATE OF IDAHO
County of Bonneville } SS
I HEREBY CERTIFY that above and foregoing is a full and correct copy of the original thereof, on file in my office.
Dated 4-14 20 08
RONALD LONGMORE
Clerk of the District Court
By [signature]
Deputy Clerk

CASE ASSIGNED TO
JUDGE LINDA J. COOK

BONNEVILLE COUNTY
IDAHO

8 MAR 28 P3:45

Jennifer Dummar
PO Box 292
Rexburg, ID 83440

Telephone (208) 468-9700
Fax: 2080-356-6735

Pro-se Plaintiff

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

JENNIFER DUMMAR

Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION, LLC, and CAPITAL ONE FINANCIAL CORPORATION, ET AL,

Defendants.

Case No. CV-08-1788

SUMMONS

**NOTICE: EQUIFAX INFORMATION SERVICES, LLC,**
**YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF. THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

Your are hereby noticed that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within 20 days after service of this Summons on you. If you fail to so respond, the court may enter judgment against you as demanded by the plaintiff(s) in the Complaint.

A copy of the Complaint is served with this Summons. If you wish to seek the advise of or representation of an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3. Your signature, mailing address and telephone number or the signature, mailing address and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED this 28th day ~~October~~ March, 2008.

Ronald Longmore

CLERK OF THE DISTRICT COURT

7TH JUDICIAL DISTRICT COUNTY OF BONNEVILLE STATE OF IDAHO DISTRICT COURT

Karen [signature]

Deputy Clerk

Jennifer Dummar
PO Box 292
Rexburg, ID 83440

Telephone (208) 468-9700
Fax: 2080-356-6735

STATE OF IDAHO
County of Bonneville } SS
I HEREBY CERTIFY that above and foregoing is a full and correct copy of the original thereof, on file in my office.
Dated 4-14 2008
RONALD LONGMORE
Clerk of the District Court
By [signature]
Deputy Clerk

CASE ASSIGNED TO
JUDGE LINDA J. COOK

BONNEVILLE COUNTY
IDAHO
8 MAR 28 P3:45

Jennifer Dummar
PO Box 292
Rexburg, ID 83440

Telephone (208) 468-9700
Fax: 2080-356-6735

Pro-se Plaintiff

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| JENNIFER DUMMAR<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION, LLC, and CAPITAL ONE FINANCIAL CORPORATION, ET AL,<br><br>Defendants. | Case No. CV-08-1788<br><br>SUMMONS |

**NOTICE: EXPERIAN INFORMATION SOLUTIONS, INC., YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF. THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

Your are hereby noticed that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within 20 days after service of this Summons on you. If you fail to so respond, the court may enter judgment against you as demanded by the plaintiff(s) in the Complaint.

A copy of the Complaint is served with this Summons. If you wish to seek the advise of or representation of an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3. Your signature, mailing address and telephone number <u>or</u> the signature, mailing address and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED this 28th day ~~October~~ March, 2008.

Ronald Longmore

CLERK OF THE DISTRICT COURT

7TH JUDICIAL DISTRICT COURT OF BONNEVILLE STATE OF IDAHO DISTRICT COURT

Deputy Clerk

Jennifer Dummar
PO Box 292
Rexburg, ID 83440

Telephone (208) 468-9700
Fax: 2080-356-6735

CASE ASSIGNED TO
JUDGE LINDA J. COOK

BONNEVILLE COUNTY
IDAHO

8 MAR 28 P3:45

Jennifer Dummar
PO Box 292
Rexburg, ID 83440

Telephone (208) 468-9700
Fax: 2080-356-6735

Pro-se Plaintiff

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| JENNIFER DUMMAR<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION, LLC, and CAPITAL ONE FINANCIAL CORPORATION, ET AL,<br><br>Defendants. | Case No. CV-08-1788<br><br>COMPLAINT |

COMES NOW JENNIFER DUMMAR, Pro-Se Litigant, the Plaintiff in the above-referenced action and for cause of action pleads as follows:

7TH JUDICIAL
COUNTY
BONNEVILLE
STATE OF IDAHO
DISTRICT COURT
STATE OF IDAHO } SS
County of Bonneville
I HEREBY CERTIFY that above and foregoing is a full and correct copy of the original thereof, on file in my office.
Dated 4-14 20 08
RONALD LONGMORE
Clerk of the District Court
By
Deputy Clerk

EXHIBIT
B
tabbies

1. That at all times herein mentioned, all Defendants have been doing business in Idaho and have submitted themselves to the personal jurisdiction of this court.

2. On or around July of 2007, plaintiff attempted to obtain several loans, including one for a home, but after application for said loans was told that her credit rating was being impacted by Defendant(S) reporting of the alleged late payments in the years of 2003 and 2004 (See Exhibit A). Therefore she was unable to qualify for said loans.

3. Said information contained in Defendant's reporting which thereby impacts the credit report is inaccurate, false, and defamatory as Plaintiff did not make these payments late.

4. Plaintiff requested an online credit report and after receiving the credit report, Plaintiff contacted Defendants to dispute the derogatory account. No answer was given to Plaintiff. Defendants have continued to report the derogatory, defamatory, and false information listed in said credit report (By way of example, See Exhibit A).

5. Plaintiff alleges claims of common law defamation and violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1682s-2(b), § 1681(e)(b), and § 1681i(a), torts for mental anguish and emotional distress, all of which amounts shall be proven at trial.

6. Plaintiff also asks for specific performance to order Defendant Capital One Financial Corporation Et Al, to cease reporting the late payments, as shown by way of example in Exhibit A, and all named Defendants to take such action

whatsoever as is required to immediately remove the false and defamatory late payments from Plaintiff's credit report.

**Attorney Fees**

7. If this matter is contested, it may become necessary for Plaintiff to employ an attorney in this action and if she does, she should be entitled to recover from Defendant as by operation of the laws of the State of Idaho, including but not limited to Idaho Code §§ 12-120, 12-121 and 45-513, its reasonable attorney fees.

**Demand for Relief**

NOW THEREFORE, PLAINTIFF PRAYS RELIEF OF THIS COURT:

1. In the event of a default , that Plaintiff have judgment against all Defendants for specific performance to order Defendant Capital One Financial Corporation Et Al, to cease reporting the late payments, as shown by Exhibit A, and against all named Defendants that they shall all be ordered to take such action whatsoever as is required to immediately remove the false and defamatory late payments from her credit report(s), as is shown by way of example in Exhibit A.

2. If this matter is contested, that Plaintiff recover from Defendant for all claims of common law defamation and violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1682s-2(b), § 1681(e)(b), and § 1681i(a), and torts for mental anguish and emotional distress, all of which amounts shall be proven at trial. Also, in the event that this matter is contested, that Plaintiff have an Order for specific performance to order

Defendant Capital One Financial Corporation Et Al, to cease reporting the late payments, as shown by Exhibit A, and all Defendants to take such action whatsoever as is required to immediately remove the false and defamatory late payments from her credit report. If this matter is contested that Plaintiff recover reasonable attorney fees.

3. That Plaintiff be awarded such other and further relief as the Court may deem proper.

DATED this 7th day of March, 2008.

Jennifer Dummar

Exhibit A

Welcome Jennifer Dummar, LogoutContact Us | Site Map Quick Search SEARCH

EQUIFAX

## Score Power®

Equifax Credit Report ™ for **Jenniferhobbs L. Dummar**
As of: 03/03/2008
Available until: 04/02/2008
Confirmation #: 8563493005

Report Does Not Update
Print Report

## Negative Accounts Hide All Account Details

Accounts that contain a negative account status. Accounts not paid as agreed generally remain on your credit file for 7 years from the date the account first became past due leading to the current not paid status. Late Payment History generally remains on your credit file for 7 years from the date of the late payment.

### Closed Accounts

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK USA Hide Details | 4862362251 22XXXX | 09/2002 | $0 | 01/2008 | $0 | PAYS AS AGREED | $0 |

**CAPITAL ONE**

PO Box 30281
Salt Lake City, UT-841300281

| | | | |
|---|---|---|---|
| Account Number: | 486236225122XXXX | Current Status: | PAYS AS AGREED |
| Account Owner: | Individual Account. | High Credit: | $443 |
| Type of Account: | Revolving | Credit Limit: | $0 |
| Term Duration: | | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 2002/09 | Balance: | $0 |
| Date Reported: | 01/2008 | Amount Past Due: | $0 |
| Date of Last Payment: | 03/2004 | Actual Payment Amount: | $0 |
| Scheduled Payment Amount: | $0 | Date of Last Activity: | 03/2004 |
| Date Major Delinquency First Reported: | | Months Reviewed: | 20 |

Exhibit A

| | | | |
|---|---|---|---|
| Creditor Classification: | | Activity Description: | Paid and Closed |
| Charge Off Amount: | $0 | Deferred Payment Start Date: | |
| Balloon Payment Amount: | $0 | Balloon Payment Date: | |
| Date Closed: | 05/2004 | Type of Loan: | Credit Card |
| Date of First Delinquency: | N/A | | |
| Comments: | Account closed at consumers request | | |

**81-Month Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2006 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2005 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2004 | 60 | * | * | * | * | * | * | * | * | * | * | * |
| 2003 | * | * | * | * | * | 30 | 60 | * | * | * | * | 30 |
| 2002 | | | | | | | | | * | * | * | * |

Payment History Key

Copyright Equifax 2008 | Privacy Policy | Terms of Use | FCRA | Become An Affiliate

STATE OF IDAHO } SS
County of Bonneville }
I HEREBY CERTIFY that above and foregoing is a full and correct copy of the original thereof, on file in my office.
Dated 4-14 2008
RONALD LONGMORE
Clerk of the District Court
By [signature]
Deputy Clerk

CASE ASSIGNED TO JUDGE LINDA J. COOK

BONNEVILLE COUNTY IDAHO

8 MAR 28 P3:45

Jennifer Dummar
PO Box 292
Rexburg, ID 83440

Telephone (208) 468-9700
Fax: 2080-356-6735

Pro-se Plaintiff

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| JENNIFER DUMMAR<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION, LLC, and CAPITAL ONE FINANCIAL CORPORATION, ET AL,<br><br>Defendants. | Case No. CV-08-1788<br><br>SUMMONS |

**NOTICE: CAPITAL ONE FINANCIAL CORPORATION, ET AL,**
**YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF. THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

Your are hereby noticed that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within 20 days after service of this Summons on you. If you fail to so respond, the court may enter judgment against you as demanded by the plaintiff(s) in the Complaint.

EXHIBIT C

A copy of the Complaint is served with this Summons. If you wish to seek the advise of or representation of an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3. Your signature, mailing address and telephone number <u>or</u> the signature, mailing address and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED this 28th day ~~October~~ March, 2008.

Ronald Longmore
CLERK OF THE DISTRICT COURT

[Seal: 7TH JUDICIAL DISTRICT, COUNTY OF BONNEVILLE, STATE OF IDAHO, DISTRICT COURT]

Karen Doolittle
Deputy Clerk

Jennifer Dummar
PO Box 292
Rexburg, ID 83440

Telephone (208) 468-9700
Fax: 2080-356-6735

STATE OF IDAHO } SS
County of Bonneville
I HEREBY CERTIFY that above and foregoing is a full and correct copy of the original thereof, on file in my office.
Dated 4-14 20 08
RONALD LONGMORE
Clerk of the District Court
By: [signature]
Deputy Clerk

CASE ASSIGNED TO
JUDGE LINDA J. COOK

BONNEVILLE COUNTY
IDAHO

8 MAR 28 P3:45

Jennifer Dummar
PO Box 292
Rexburg, ID 83440

Telephone (208) 468-9700
Fax: 2080-356-6735

Pro-se Plaintiff

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| JENNIFER DUMMAR<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION, LLC, and CAPITAL ONE FINANCIAL CORPORATION, ET AL,<br><br>Defendants. | Case No. CV-08-1788<br><br>SUMMONS |

**NOTICE: TRANS UNION, LLC,**
**YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF. THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

Your are hereby noticed that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within 20 days after service of this Summons on you. If you fail to so respond, the court may enter judgment against you as demanded by the plaintiff(s) in the Complaint.

A copy of the Complaint is served with this Summons. If you wish to seek the advise of or representation of an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3. Your signature, mailing address and telephone number <u>or</u> the signature, mailing address and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED this 28th day ~~October~~ March, 2008.

Ronald Longmore
CLERK OF THE DISTRICT COURT

7TH JUDICIAL DISTRICT COUNTY OF BONNEVILLE STATE OF IDAHO DISTRICT COURT

Karen A. [signature]
Deputy Clerk

Jennifer Dummar
PO Box 292
Rexburg, ID 83440

Telephone (208) 468-9700
Fax: 2080-356-6735

STATE OF IDAHO } SS
County of Bonneville }
I HEREBY CERTIFY that above and foregoing is a full and correct copy of the original thereof, on file in my office.
Dated 4-14 20 08
RONALD LONGMORE
Clerk of the District Court
By [signature]
Deputy Clerk

CASE ASSIGNED TO
JUDGE LINDA J. COOK

BONNEVILLE COUNTY
IDAHO

8 MAR 28 P3:45

Jennifer Dummar
PO Box 292
Rexburg, ID 83440

Telephone (208) 468-9700
Fax: 2080-356-6735

Pro-se Plaintiff

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| JENNIFER DUMMAR<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION, LLC, and CAPITAL ONE FINANCIAL CORPORATION, ET AL,<br><br>Defendants. | Case No. CV-08-1788<br><br>SUMMONS |

**NOTICE: EQUIFAX INFORMATION SERVICES, LLC,**

**YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF. THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

Your are hereby noticed that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within 20 days after service of this Summons on you. If you fail to so respond, the court may enter judgment against you as demanded by the plaintiff(s) in the Complaint.

A copy of the Complaint is served with this Summons. If you wish to seek the advise of or representation of an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3. Your signature, mailing address and telephone number <u>or</u> the signature, mailing address and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED this 28th day ~~October~~ March, 2008.

Ronald Longmore
CLERK OF THE DISTRICT COURT

Karen A Costello
Deputy Clerk

Jennifer Dummar
PO Box 292
Rexburg, ID 83440

Telephone (208) 468-9700
Fax: 2080-356-6735

STATE OF IDAHO }ss
County of Bonneville }
I HEREBY CERTIFY that above and foregoing is a full and correct copy of the original thereof, on file in my office.
Dated 4-14 20 08
RONALD LONGMORE
Clerk of the District Court
By [signature]
Deputy Clerk

CASE ASSIGNED TO
JUDGE LINDA J. COOK

BONNEVILLE COUNTY
IDAHO

8 MAR 28 P3:45

Jennifer Dummar
PO Box 292
Rexburg, ID 83440

Telephone (208) 468-9700
Fax: 2080-356-6735

Pro-se Plaintiff

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

JENNIFER DUMMAR

Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION, LLC, and CAPITAL ONE FINANCIAL CORPORATION, ET AL,

Defendants.

Case No. CV-08-1788

SUMMONS

**NOTICE: EXPERIAN INFORMATION SOLUTIONS, INC.,**
**YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF. THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

Your are hereby noticed that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within 20 days after service of this Summons on you. If you fail to so respond, the court may enter judgment against you as demanded by the plaintiff(s) in the Complaint.

A copy of the Complaint is served with this Summons. If you wish to seek the advise of or representation of an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3. Your signature, mailing address and telephone number or the signature, mailing address and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

DATED this 28th day ~~October~~ March, 2008.

Ronald Longmore
CLERK OF THE DISTRICT COURT

7TH JUDICIAL DISTRICT COUNTY OF BONNEVILLE STATE OF IDAHO DISTRICT COURT

[signature]
Deputy Clerk

Jennifer Dummar
PO Box 292
Rexburg, ID 83440

Telephone (208) 468-9700
Fax: 2080-356-6735

CASE ASSIGNED TO
JUDGE LINDA J. COOK

BONNEVILLE COUNTY
IDAHO

8 MAR 28 P3:45

Jennifer Dummar
PO Box 292
Rexburg, ID 83440

Telephone (208) 468-9700
Fax: 2080-356-6735

Pro-se Plaintiff

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| JENNIFER DUMMAR<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION, LLC, and CAPITAL ONE FINANCIAL CORPORATION, ET AL,<br><br>Defendants. | Case No. CV-08-1788<br><br>COMPLAINT |

COMES NOW JENNIFER DUMMAR, Pro-Se Litigant, the Plaintiff in the above-referenced action and for cause of action pleads as follows:

7TH JUDICIAL DISTRICT COURT, COUNTY OF BONNEVILLE, STATE OF IDAHO
STATE OF IDAHO } SS
County of Bonneville
I HEREBY CERTIFY that above and foregoing is a full and correct copy of the original thereof, on file in my office.
Dated 4-14 20 08
RONALD LONGMORE
Clerk of the District Court
By [signature]
Deputy Clerk

1. That at all times herein mentioned, all Defendants have been doing business in Idaho and have submitted themselves to the personal jurisdiction of this court.

2. On or around July of 2007, plaintiff attempted to obtain several loans, including one for a home, but after application for said loans was told that her credit rating was being impacted by Defendant(S) reporting of the alleged late payments in the years of 2003 and 2004 (See Exhibit A). Therefore she was unable to qualify for said loans.

3. Said information contained in Defendant's reporting which thereby impacts the credit report is inaccurate, false, and defamatory as Plaintiff did not make these payments late.

4. Plaintiff requested an online credit report and after receiving the credit report, Plaintiff contacted Defendants to dispute the derogatory account. No answer was given to Plaintiff. Defendants have continued to report the derogatory, defamatory, and false information listed in said credit report (By way of example, See Exhibit A).

5. Plaintiff alleges claims of common law defamation and violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1682s-2(b), § 1681(e)(b), and § 1681i(a), torts for mental anguish and emotional distress, all of which amounts shall be proven at trial.

6. Plaintiff also asks for specific performance to order Defendant Capital One Financial Corporation Et Al, to cease reporting the late payments, as shown by way of example in Exhibit A, and all named Defendants to take such action

whatsoever as is required to immediately remove the false and defamatory late payments from Plaintiff's credit report.

**Attorney Fees**

7. If this matter is contested, it may become necessary for Plaintiff to employ an attorney in this action and if she does, she should be entitled to recover from Defendant as by operation of the laws of the State of Idaho, including but not limited to Idaho Code §§ 12-120, 12-121 and 45-513, its reasonable attorney fees.

**Demand for Relief**

NOW THEREFORE, PLAINTIFF PRAYS RELIEF OF THIS COURT:

1. In the event of a default , that Plaintiff have judgment against all Defendants for specific performance to order Defendant Capital One Financial Corporation Et Al, to cease reporting the late payments, as shown by Exhibit A, and against all named Defendants that they shall all be ordered to take such action whatsoever as is required to immediately remove the false and defamatory late payments from her credit report(s), as is shown by way of example in Exhibit A.

2. If this matter is contested, that Plaintiff recover from Defendant for all claims of common law defamation and violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1682s-2(b), § 1681(e)(b), and § 1681i(a), and torts for mental anguish and emotional distress, all of which amounts shall be proven at trial. Also, in the event that this matter is contested, that Plaintiff have an Order for specific performance to order

Defendant Capital One Financial Corporation Et Al, to cease reporting the late payments, as shown by Exhibit A, and all Defendants to take such action whatsoever as is required to immediately remove the false and defamatory late payments from her credit report. If this matter is contested that Plaintiff recover reasonable attorney fees.

3. That Plaintiff be awarded such other and further relief as the Court may deem proper.

DATED this 7th day of March, 2008.

Jennifer Dummar

Exhibit A

Welcome Jennifer Dummar, Logout Contact Us | Site Map | Quick Search SEARCH

EQUIFAX

## Score Power®

Equifax Credit Report ™ for **Jenniferhobbs L. Dummar**
As of: 03/03/2008
Available until: 04/02/2008
Confirmation #: 8563493005

Report Does Not Update
Print Report

## Negative Accounts Hide All Account Details

Accounts that contain a negative account status. Accounts not paid as agreed generally remain on your credit file for 7 years from the date the account first became past due leading to the current not paid status. Late Payment History generally remains on your credit file for 7 years from the date of the late payment.

### Closed Accounts

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK USA Hide Details | 486236225122XXXX | 09/2002 | $0 | 01/2008 | $0 | PAYS AS AGREED | $0 |

**CAPITAL ONE**

PO Box 30281
Salt Lake City, UT-841300281

| | | | |
|---|---|---|---|
| Account Number: | 486236225122XXXX | Current Status: | PAYS AS AGREED |
| Account Owner: | Individual Account. | High Credit: | $443 |
| Type of Account ?: | Revolving | Credit Limit: | $0 |
| Term Duration: | | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 2002/09 | Balance: | $0 |
| Date Reported: | 01/2008 | Amount Past Due: | $0 |
| Date of Last Payment: | 03/2004 | Actual Payment Amount: | $0 |
| Scheduled Payment Amount: | $0 | Date of Last Activity: | 03/2004 |
| Date Major Delinquency First Reported: | | Months Reviewed: | 20 |

Exhibit A

| | | | |
|---|---|---|---|
| Creditor Classification: | | Activity Description: | Paid and Closed |
| Charge Off Amount: | $0 | Deferred Payment Start Date: | |
| Balloon Payment Amount: | $0 | Balloon Payment Date: | |
| Date Closed: | 05/2004 | Type of Loan: | Credit Card |
| Date of First Delinquency: | N/A | | |
| Comments: | Account closed at consumers request | | |

**81-Month Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2006 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2005 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2004 | 60 | * | * | * | * | * | * | * | * | * | * | * |
| 2003 | * | * | * | * | * | 30 | 60 | * | * | * | * | 30 |
| 2002 | | | | | | | | | * | * | * | * |

Payment History Key

Copyright Equifax 2008 | Privacy Policy | Terms of Use | FCRA | Become An Affiliate

Date: 4/14/2008 | Time: 02:25 PM | Page 1 of 1

**Seventh Judicial District Court - Bonneville County**

ROA Report

Case: CV-2008-0001788 Current Judge: Linda J. Cook

Jennifer Dummar vs. Experian Information Solutions, Inc., etal.

User: WILLIAMS

| Date | Code | User | | Judge |
|---|---|---|---|---|
| 3/28/2008 | SMIS | DOOLITTL | Summons Issued (4) | Linda J. Cook |
| | NCOC | DOOLITTL | New Case Filed-Other Claims | Linda J. Cook |
| | | DOOLITTL | Filing: G3 - All Other Actions Or Petitions, Not Demanding $ Amounts Paid by: Bulldog legal Support Receipt number: 0012731 Dated: 3/28/2008 Amount: $88.00 (Check) For: Dummar, Jennifer (plaintiff) | Linda J. Cook |
| | COMP | DOOLITTL | Complaint Filed | Linda J. Cook |

EXHIBIT
tabbies
D

BRIAN T. McGINN, ISB No. 5882
WINSTON & CASHATT
250 Northwest Boulevard, Suite 107A
Coeur d'Alene, Idaho 83814
Telephone: (208) 667-2103

Attorneys for Defendant Equifax Information Services, LLC

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| JENNIFER DUMMAR,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and CAPITAL ONE FINANCIAL CORPORATION, et. al.,<br><br>Defendants. | Case No. CV 08-1788<br><br>**EQUIFAX INFORMATION SERVICES, LLC'S CONSENT TO REMOVAL** |

COMES NOW Defendant Equifax Information Services, LLC and acknowledges its consent to removal of this action from the District Court of the Seventh Judicial District of the State of Idaho, in and for the County of Bonneville, to the United States District Court for the District of Idaho, Eastern Division.

LAW OFFICES OF
Winston & Cashatt
250 NORTHWEST BLVD., SUITE 107A
COEUR D'ALENE, IDAHO 83814
(208) 667-2103
FAX (208) 765-2121

EXHIBIT
tabbies
E

DATED this 16th day of April, 2008.

BRIAN T. MCGINN, ISB No. 5882
WINSTON & CASHATT
Attorneys for Defendant Equifax Information Services, LLC

EQUIFAX INFORMATION SERVICES, LLC'S CONSENT TO REMOVAL
PAGE 2

LAW OFFICES OF
Winston & Cashatt
250 NORTHWEST BLVD., SUITE 107A
COEUR D'ALENE, IDAHO 83814
(208) 667-2103
FAX (208) 765-2121

Patrick D. Brown, Esq.
E-Mail: patbrown@cableone.net
Idaho State Bar #4413
Hutchinson & Brown, LLP
104 Lincoln Street
PO Box 207
Twin Falls, Idaho 83303-0207
Telephone: 208.733.9300
Fax: 208.733.9343

*Local Counsel for Defendant Trans Union, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JENNIFER DUMMAR,<br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>TRAN UNION, LLC; and<br>CAPITAL ONE FINANCIAL CORPORATION;<br>Defendants. | CASE NO. ________________<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.'S CONSENT TO REMOVAL** |

Comes now Defendant Experian Information Solutions, Inc. and acknowledges its consent to removal of this action from the District Court of the Seventh Judicial District of the state of Idaho, in and for the county of Bonneville, to the United States District Court for the District of Idaho, Eastern Division.

Dated: April 17, 2008

EXHIBIT
F

Respectfully submitted,

John R. Goodell, Esq.
*Local Counsel for Experian Information Solutions, Inc.*
Racine Olson Nye Budge & Bailey, Chtd.
201 E. Center Street
Post Office Box 1391
Pocatello, ID 832045
Telephone: 208.232.6101
Fax: 208.232.6109

**Experian Information Solutions, Inc.'s Consent To Removal**
Page 2 of 2