John R. Goodell (SBN# 2872)
Racine Olson Nye Budge & Bailey, Chtd.
201 E. Center Street
Post Office Box 1391
Pocatello, ID 832045
Telephone:    (208) 232-6101
Facsimile:    (208) 232-6109
E-mail: jrg@racinelaw.net

Attorney for Defendant
EXPERIAN INFORMATION SOLUTIONS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Jennifer Dummar,<br><br>        Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.; Equifax Information Services, LLC.; Trans Union LLC; and Capital One Financial Corporation, et. al.,<br><br>        Defendants. | Case No. 4:08-CV-00175-C-BLW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

LAI-2949245v1

IT IS HEREBY STIPULATED by and between plaintiff Jennifer Dummar and defendant Experian Information Solutions, Inc., through their counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Each side shall bear his or its own attorneys' fees and costs incurred herein.

**SO STIPULATED.**

Dated: May 22, 2008

Racine Olson Nye Budge & Bailey, Chtd.

By: _____
John R. Goodell

Attorney for Defendant
EXPERIAN INFORMATION SOLUTIONS

Dated: _____, 2008

By: _____
Jennifer Dummar, Pro Se
Plaintiff