Christopher T. Lane, Esq. (IN #21704-49)   (Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN 46204
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: clane@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Patrick D. Brown, Esq. (ISB #4413)
Hutchinson & Brown, LLP
104 Lincoln Street
P.O. Box 207
Twin Falls, ID 83303-0207
Telephone: 208-733-9300
Fax: 208-733-9343
E-Mail: patbrown@cableone.net

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO (POCATELLO)

| | |
|---|---|
| JENNIFER DUMMAR, <br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRAN UNION, LLC; and CAPITAL ONE FINANCIAL CORPORATION; <br> Defendants. | CASE NO. 4:08-cv-00175-BLW <br><br> Judge B. Lynn Winmill <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC** |

*Pro Se* Plaintiff Jennifer Dummar and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein have been compromised and settled,

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 4:08-cv-00175-BLW

and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

Respectfully submitted,

Date: May ____, 2008

*Jennifer Dummar*
Jennifer L. Dummar
P.O. Box 292
Rexburg, ID 83440
Telephone: 208-468-9700

*Pro Se Plaintiff*

Date: May 21, 2008

*Christopher T. Lane*
Christopher T. Lane, Esq. (IN #21704-49)
(Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN 46204
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: clane@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Patrick D. Brown, Esq. (ISB #4413)
Hutchinson & Brown, LLP
104 Lincoln Street
P.O. Box 207
Twin Falls, ID 83303-0207
Telephone: 208-733-9300
Fax: 208-733-9343
E-Mail: patbrown@cableone.net

*Local Counsel for Defendant Trans Union, LLC*

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 4:08-cv-00175-BLW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of May, 2008, I filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| John R. Goodell, Esq.<br>jrg@racinelaw.net | Brian T. McGinn, Esq.<br>btm@winstoncashatt.com |
| Patrick D. Brown, Esq.<br>patbrown@cableone.net | |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid, addressed as follows:

| | |
|---|---|
| **for Plaintiff Jennifer Dummar:**<br>Jennifer Dummar<br>P.O. Box 292<br>Rexburg, ID 83440 | |

Via certified mail, return receipt requested, addressed as follows:

| | |
|---|---|
| None | |

/s/ Christopher T. Lane
Christopher T. Lane, Esq. (IN #21704-49)
(Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN 46204
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: clane@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 4:08-cv-00175-BLW