IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Jennifer Dummar,<br><br>           Plaintiff,<br><br>     v.<br><br>Experian Information Solutions, Inc.; Equifax Information Services, LLC.; Trans Union LLC; and Capital One Financial Corporation, et. al.,<br><br>           Defendants. | Case No. CV-08-175-E-BLW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court having reviewed the "Stipulation for Dismissal with Prejudice" (Docket No. 14) dated May 22, 2008, entered between the Plaintiff Jennifer Dummar and the Defendant Experian Information Solutions, Inc., and good cause appearing therefore;

IT IS HEREBY ORDERED that this matter is hereby DISMISSED, with prejudice.

DATED: May 27, 2008

B. LYNN WINMILL
Chief Judge
United States District Court