# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JENNIFER DUMMAR,<br>　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>TRAN UNION, LLC; and<br>CAPITAL ONE FINANCIAL CORPORATION;<br>　　　Defendants. | Case No. CV-08-175-E-BLW<br><br>Judge B. Lynn Winmill<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

*Pro Se* Plaintiff Jennifer Dummar and Defendant Trans Union, LLC, by counsel, having filed their Stipulation of Dismissal With Prejudice, (Docket No. 15), AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of *Pro Se* Plaintiff Jennifer Dummar against Defendant Trans Union, LLC only are dismissed, with prejudice. *Pro Se* Plaintiff Jennifer Dummar and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

DATED: **May 31, 2008**

B. LYNN WINMILL
Chief Judge
United States District Court