Brian T. McGinn
Winston and Cashatt
601 W. Riverside, Ste 1900
Spokane, WA 99201
Telephone: (509) 838-6131
Fax: (509) 838 1416
E-Mail: bmcginn@winstoncashatt.com

Attorney for Defendant
EQUIFAX INFORMATION SERVICES LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| JENNIFER DUMMAR, ) | |
| ) | Case No. 4:08-cv-00175-BLW |
| Plaintiff, ) | |
| ) | **DEFENDANT EQUIFAX INFORMATION** |
| v. ) | **SERVICES LLC'S MOTION TO** |
| ) | **DISMISS** |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS ) | |
| INC., EQUIFAX INFORMATION ) | |
| SERVICES LLC, and TRANS UNION ) | |
| LLC, and CAPITAL ONE FINANCIAL ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Defendant Equifax Information Services LLC, by Counsel, hereby files it Motion to Dismiss as follows:

1.     Plaintiff and Equifax entered into a settlement agreement in this case on April 25, 2008. Declaration of Stephanie Cope, attached hereto as Exhibit A and hereinafter referred to as the Cope Dec., para. 3.

2.     This settlement agreement was memorialized in the letter attached hereto as Exhibit B. (Cope Dec., para. 4).

3.     Equifax sent the settlement agreement and dismissal to Plaintiff on May 6, 2008. (Cope Dec., para. 5).

4. Plaintiff returned the signed settlement agreement (signed on May 20, 2008), but has not filed the dismissal. (Cope Dec., para. 6).

5. Equifax filed a sealed copy of the signed settlement agreement with the Court. (Doc. 24.)

6. Equifax's Counsel has repeatedly requested the dismissal be filed by Plaintiff. (Cope Dec., para. 7).

7. Despite these many requests, Plaintiff has failed to dismiss the case.

8. In the present case, there is no dispute that a settlement agreement exists. Plaintiff has simply failed to file the dismissal. Equifax has been prejudiced since it must continue to keep the case open and have it monitored by counsel and because it had to file the present motion.

9. All other defendants have been dismissed from the case: Experian Information Solutions, Inc. on May 27, 2008 and Trans Union LLC was dismissed on May 31, 2008. Capital One Auto Financial Corporation was served on April 18, 2008, but no service documents were filed. (Doc. 1.) Capital One Financial Corporation did not file an entry of appearance or answer.

10. For these reasons, Equifax requests that the Court enter an order that this case be dismissed.

Wherefore, Equifax requests that its motion be granted.

Dated: 8-27, 2009

Winston & Cashatt

By: _____
Brian T. McGinn
Attorney for Defendant
EQUIFAX INFORMATION SERVICES LLC

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF system which will automatically email notification of such filing to the following:

Jennifer Dummar
PO Box 292
Rexburg, ID 83440

/s/ _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| JENNIFER DUMMAR, ) | Case No. 4:08-cv-00175-BLW |
| ) | |
| Plaintiff, ) | **DECLARATION IN SUPPORT OF** |
| ) | **DEFENDANT EQUIFAX INFORMATION** |
| v. ) | **SERVICES LLC'S MOTION TO** |
| ) | **DISMISS** |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS ) | |
| INC., EQUIFAX INFORMATION ) | |
| SERVICES LLC, and TRANS UNION ) | |
| LLC, and CAPITAL ONE FINANCIAL ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

I, Stephanie Cope, declare and state as follows:

1. I am over the age of 21, and have personal knowledge of the facts set forth herein, and those facts are true and correct. If called to testify, I could and would testify competently hereto.

2. I am an attorney with the law firm of King and Spalding LLP in Atlanta, Georgia, representing Equifax Information Services LLC ("Equifax"), in the above-captioned action. I submit this declaration in support of Equifax's Motion to Dismiss.

3. Plaintiff and Equifax entered into a settlement agreement in this case on April 25, 2008.

4. This settlement agreement was memorialized in the letter attached to Equifax's Motion to Dismiss as Exhibit B.

5. Equifax sent the settlement agreement and dismissal to Plaintiff on May 6, 2008.

6. Plaintiff returned the signed settlement agreement (signed on May 20, 2008) but has not filed the dismissal.

**EXHIBIT A**

7.  Equifax's Counsel repeatedly requested the dismissal be filed by Plaintiff on May 27, 2008, June 27, 2008, and July 11, 2008 via email, including several attempts to reach Plaintiff via phone.

Pursuant to 28 U.S.C. §1746, I further declare under penalty of perjury that the foregoing is true and correct.

This 26th day of August, 2009.

_____
Stephanie Cope